Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18020−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John D. Williams | Coreen A Williams |
| 390 Washington Avenue | 390 Washington Avenue |
| Rutherford, NJ 07070 | Rutherford, NJ 07070 |

Social Security No.:
   xxx−xx−6264                                                    xxx−xx−4792

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 04/20/2019 and a confirmation hearing on such Plan has been scheduled for 6/26/2019 at 08:30 AM.

The debtor filed a Modified Plan on 06/21/2019 and a confirmation hearing on the Modified Plan is scheduled for 7/24/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 21, 2019
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
John D. Williams
Coreen A Williams
    Debtors

Case No. 19-18020-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jun 21, 2019
                          Form ID: 186    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.
```
db/jdb         +John D. Williams,    Coreen A Williams,    390 Washington Avenue,    Rutherford, NJ 07070-1044
518194058      #+American Financil Solutions,    263 4th Street,    Bremerton, WA 98337-1812
518194059      +Capital One,    PO Box 60511,    City of Industry, CA 91716-0511
518194066      +Ropundpoint Mortgage,    30 Montgomery Street,    Jersey City, NJ 07302-3829
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2019 00:33:05      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2019 00:32:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 22 2019 00:35:37
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
518194060      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2019 00:35:54      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518209790      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 22 2019 00:36:00
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518264292      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 22 2019 00:35:37
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
518247914      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2019 00:36:27
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518194065       E-mail/Text: bankruptcy@glsllc.com Jun 22 2019 00:31:55      Global Lending,    PO Box 10437,
                 Greenville, SC 29603
518270544       E-mail/Text: bankruptcy@glsllc.com Jun 22 2019 00:31:55      Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518303676      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2019 00:36:03      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518194063*     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
518194064*     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
518194061*     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
518194062*     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                  Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jun 21, 2019
                              Form ID: 186             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas D. McKeon    on behalf of Debtor John D. Williams tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
          Thomas D. McKeon    on behalf of Joint Debtor Coreen A Williams tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                     TOTAL: 7