# Thomas Declan McKeon
## Attorney at Law
570 Kearny Avenue
Kearny, New Jersey 07032
****
Phone (201) 997-2700
Fax (201) 997-4557
Email: TMcKeonLaw@aol.com

October 11, 2019

US Bankruptcy Court         Honorable Marie-Ann Greenberg
Office of the Clerk         Chapter 13 Trustee
50 Walnut Street            30 Two Bridges Road
Newark, NJ 07102            Fairfield, NJ 07004-1550

Re: John & Coreen Williams
Case #19-18020-SLM

Greetings:

This office represents the above named debtors.  We object to the Notice of Motion to Dismiss their Petition.  They have come current with their Trustee payments.  They have redesigned their budget so that all future payments will be on time.

Thank you.

Respectfully submitted,

THOMAS D. MCKEON

TDM:eem
Cc: Clients

THOMAS D. MCKEON, ESQ.
570 Kearny Avenue
Kearny, NJ 07032
(201) 997-2700
Fax (201) 997-4557
TMcKeonLaw@aol.com
Lawyer ID # D07111981
Attorney for the Debtors

========================  UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Case #19-18020

John D. Williams and
Coreen A. Williams
    Debtors      CERTIFICATION

I, Thomas D. McKeon certify as follows:
1. I am the attorney for the debtors and am familiar with the facts of this case.

2. On October 11, 2019, I sent a copy of the following pleadings to the parties listed below:

    Letter in Opposition to Trustee Request

3. I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated:

Debtors:
John & Coreen Williams
390 Washington Avenue
Rutherford, NJ 07070
Via US Mail

Trustee Marie-Ann Greenberg
30 Two Bridges Road, Fairfield, NJ 07004-1550
Via US Mail & Notice of Electronic Filing (NEF)

I certify that the foregoing statements are true to the best of my knowledge and belief, I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

------------------------------------
Thomas D. McKeon

Dated: 10/11/2019