Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18020−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John D. Williams                                    Coreen A Williams
   390 Washington Avenue                               390 Washington Avenue
   Rutherford, NJ 07070                                Rutherford, NJ 07070

Social Security No.:
   xxx−xx−6264                                         xxx−xx−4792

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   was entered on .

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 9, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
John D. Williams
Coreen A Williams
    Debtors

Case No. 19-18020-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 2                  Date Rcvd: Apr 09, 2020
                              Form ID: 148                   Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
```
db/jdb         +John D. Williams,    Coreen A Williams,    390 Washington Avenue,    Rutherford, NJ 07070-1044
518428200      +Bloomfield College,    C/O Summit Collection Services,    P.O. Box 306,
                 Ho Ho Kus, NJ 07423-0306
518194059      +Capital One,    PO Box 60511,    City of Industry, CA 91716-0511
518194066      +Ropundpoint Mortgage,    30 Montgomery Street,    Jersey City, NJ 07302-3829
518331607      +RoundPoint Mortgage Servicing Corporation,    c/o Schiller Knapp Lefkowitz Hertzel LLP,
                 5016 Parkway Plaza Blvd, Buildings 6 & 8,    Charlotte, NC 28217-1932
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2020 00:10:59     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2020 00:10:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Apr 10 2020 03:43:00     Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
518194060      +EDI: CAPITALONE.COM Apr 10 2020 03:43:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
518209790      +EDI: AISACG.COM Apr 10 2020 03:43:00     Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518264292      +EDI: AISACG.COM Apr 10 2020 03:43:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
518247914      +EDI: AIS.COM Apr 10 2020 03:43:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518194065       E-mail/Text: bankruptcy@glsllc.com Apr 10 2020 00:09:58     Global Lending,   PO Box 10437,
                 Greenville, SC 29603
518270544       E-mail/Text: bankruptcy@glsllc.com Apr 10 2020 00:09:58     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,   Greenville, South Carolina 29603
518303676      +EDI: AIS.COM Apr 10 2020 03:43:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518194062*     +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
518194063*     +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
518194064*     +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
518194061*     +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
518194058    ##+American Financil Solutions,   263 4th Street,    Bremerton, WA 98337-1812
                                                                                 TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                    Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               jdevine@schillerknapp.com,   kcollins@schillerknapp.com;lgadomski@schillerknapp.com
              Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Apr 09, 2020
                              Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Thomas D. McKeon    on behalf of Debtor John D. Williams tmckeonlaw@aol.com,
               lesliebrown.paralegal@gmail.com
              Thomas D. McKeon    on behalf of Joint Debtor Coreen A Williams tmckeonlaw@aol.com,
               lesliebrown.paralegal@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8